In the Matter of the Will of THOMAS H. CHITTICK, Deceased.

MARGARET C. JOHNSON, Appellant; G. ARTHUR HEERMANS, as Executor, et al., Respondents.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 304.)

---

JOHN ANDERSON, Appellant, v. JOHN L. HAYES CONSTRUCTION COMPANY, INC., et al., Appellants, and the PEOPLE OF THE STATE OF NEW YORK, Respondent.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 140.)